# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5077**　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-00278-UNA**

**Filed On:** September 2, 2025

Patrick Christian,

　　　　　Appellant

　　v.

Democratic Party and Republican Party,

　　　　　Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**　　Katsas, Rao, and Walker, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's February 25, 2025 order dismissing appellant's complaint be affirmed.  The district court correctly concluded that the complaint, which lacked an arguable basis either in law or fact, was subject to dismissal.  See 28 U.S.C. § 1915(e)(2); Neitzke v. Williams, 490 U.S. 319, 325 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　Deputy Clerk